ORIGINAL



1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant  E-filing
   Asset Acceptance, LLC

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11                                              CV 09    4797

12  JOHNNY WANG, an individual, on  ) CASE NO.:
    his own behalf and on behalf of all )
13  others similarly situated,         )
                                       ) **CERTIFICATE OF INTERESTED**
14              Plaintiff,             ) **PARTIES BY DEFENDANT**
                                       ) **ASSET ACCEPTANCE, LLC**
15         vs.                         )
                                       )
16  ASSET ACCEPTANCE, LLC, a           )
    Delaware limited liability company,)
17  and DOES 1-100, inclusive,         )
                                       )
18              Defendants.            )
                                       )
19  _____ )

20

21

22

23

24

25

26

27

28

WANG V. ASSET ACCEPTANCE, LLC
CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT ASSET ACCEPTANCE, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Asset Acceptance Capital Corp., a publicly-traded Delaware corporation that trades on NASDAQ as "AACC."
2. Defendant Asset Acceptance LLC, a Delaware limited liability company, a subsidiary of Asset Acceptance Capital Corp.

DATED: October 8, 2009

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By: _____
Tomio B. Narita
Attorneys for defendant
Asset Acceptance, LLC

---

WANG V. ASSET ACCEPTANCE, LLC
CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT ASSET ACCEPTANCE, LLC    1