TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-04797 EDL<br><br>**NOTICE OF APPEARANCE OF JEFFREY . TOPOR AS ADDITIONAL COUNSEL FOR DEFENDANT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey A. Topor, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as additional counsel for defendant Asset Acceptance, LLC in this matter.

DATED: October 14, 2009      SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR


By:   s/Jeffrey A. Topor
       Jeffrey A. Topor
       Attorneys for defendant
       Asset Acceptance, LLC