UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,

Plaintiff(s),

v.

ASSET ACCEPTANCE, LLC, a Delaware limited liability company, and DOES 1-100, inclusive.

Defendant(s).

No. C 09-04797 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10-13-09

Signature

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")