TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-04797 EDL<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) NOTICE OF REMOVAL

2) CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT ASSET ACCEPTANCE, LLC

3) CIVIL COVER SHEET

4) NOTICE TO ADVERSE PARTY OF REMOVAL

5) CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF NOTICE OF REMOVAL

6) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

7) TEMPLATES: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

8) WELCOME TO THE UNITED STATES DISTRICT COURT, SAN FRANCISCO

9) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED STANDING ORDER

10) UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

11) ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA (BLUE BOOK)

by causing such documents to be placed in a sealed envelope for collection and delivery by the United States Postal Service to the addressees indicated below:

**VIA U.S. MAIL**

Ethan Preston
Preston Law Offices
1658 North Milwaukee Avenue, No. 253
Chicago, IL 60622
Counsel for Plaintiff

Harry Shulman
The Mills Law Firm
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Counsel for Plaintiff

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 8th day of October, 2009.

_____
Stephanie Schmitt