1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   Asset Acceptance, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  JOHNNY WANG, an individual, on      )  CASE NO.: C09-04797 SI
    his own behalf and on behalf of all )
13  others similarly situated,          )
                                        )  **STIPULATION AND PROPOSED**
14             Plaintiff,               )  **ORDER ALLOWING THE**
                                        )  **FILING OF A FIRST AMENDED**
15        vs.                           )  **COMPLAINT AND SETTING**
                                        )  **BRIEFING SCHEDULE ON**
16  ASSET ACCEPTANCE, LLC, a            )  **MOTION TO DISMISS FIRST**
    Delaware limited liability company, )  **AMENDED COMPLAINT**
17  and DOES 1-100, inclusive,          )
                                        )  The Honorable Susan Illston
18             Defendants.              )
                                        )
19  ─────────────────────────────────   )

20

21

22

23

24

25

26

27

28

1     WHEREAS on February 2, 2010, the Court issued its Order Granting in Part and Denying in Part Defendant's Motion to Dismiss the Complaint (docket no. 33);

    WHEREAS Plaintiff has elected to file a First Amended Complaint; and

    WHEREAS Defendant has reviewed the Plaintiff's proposed First Amended Complaint and plans to file a motion to dismiss it,

    NOW THEREFORE the parties hereby stipulate and agree as follows:

1. Plaintiff will file his First Amended Complaint on or before April 30, 2010,

2. Defendant will file its motion to dismiss the First Amended Complaint on or before May 21, 2010 and will set the motion for hearing on July 9, 2010

3. Plaintiff's opposition to the motion to dismiss will be filed on June 11, 2010, and

4. Defendant's reply in support of the motion to dismiss will be filed on June 25, 2010.

SO STIPULATED.

DATED: April 20, 2010    SIMMONDS & NARITA LLP
    TOMIO B. NARITA
    JEFFREY A. TOPOR

By:  s/Tomio B. Narita
    Tomio B. Narita
    Attorneys for defendant
    Asset Acceptance, LLC

DATED: April 20, 2010    THE MILLS LAW FIRM
    HARRY SHULMAN

By:  s/Harry Shulman
    Harry Shulman
    Attorneys for plaintiff
    Johnny Wang

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff will file his First Amended Complaint on or before April 30, 2010,

2. Defendant will file its motion to dismiss the First Amended Complaint on or before May 21, 2010 and will set the motion for hearing on July 9, 2010

3. Plaintiff's opposition to the motion to dismiss will be filed on June 11, 2010, and

4. Defendant's reply in support of the motion to dismiss will be filed on June 25, 2010.

The initial case management conference has been continued to Friday, July 9, 2010, at 2:30 p.m.

IT IS SO ORDERED.

DATED:_____  By: _____
  Hon. Susan Illston
  United States District Court Judge