Harry Shulman (209908)
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
(415) 455-1326 (telephone)
(415) 455-1327 (facsimile)
harry@millslawfirm.com

Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
Chicago, IL 60622
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated,*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-04797 SI<br><br>Judge Susan Illston<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION**<br><br>**Hon. Susan Illston** |

WHEREAS, the parties have been ordered to mediate this case [#37] prior to June 1, 2010 before Peter Sherwood of the Ninth Circuit Mediation Panel; and

WHEREAS, since the date of that order, plaintiffs have joined another party – Trans Union LLC – as a defendant to the case; and

WHEREAS, Trans Union filed its answer today, on May 28, 2010 [#56], and plaintiffs have yet to obtain any discovery from Trans Union; and

WHEREAS, plaintiff and defendant Asset Acceptance have stipulated to an order extending the date of the mediation, and plaintiff has proposed the stipulation to Trans Union, but has not yet heard back and does not expect to prior to the Memorial Day Holiday.

### STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff and Asset Acceptance LLC to the action that the time within which the mediation must take place be extended until August 1, 2010.

Dated: May 28, 2010

By:   /s/ Harry Shulman
Harry Shulman (209908)
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
(415) 455-1326 (telephone)
(415) 455-1327 (facsimile)
harry@millslawfirm.com

Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated,*

By: /s/ Tomio Narita
Tomio Narita
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104

*Attorneys for Defendant Asset Acceptance, LLC*

### ORDER

It is hereby ordered that the time for the parties to conduct the mediation is extended to August 1, 2010.

Date: _____, 2010

_____
Hon. Susan Illston
United States District Judge