Robert J. Schuckit, Esq.  (IN #15342-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 West Market Street, Suite 3000
Indianapolis, IN  46204
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Mark R. Feeser, Esq. (CSB # 252968)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbein@rbg-law.com
             mfeeser@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of others similarly situated,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br>　　　　Defendants. | CASE NO. 3:09-cv-04797-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiff Johnny Wang, an individual, on his own behalf and on behalf of all others similarly situated ("Plaintiff") and Defendants, Asset Acceptance, LLC ("Asset Acceptance") and Trans Union, LLC ("Trans Union") (collectively, the "Parties"), by counsel, pursuant to

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE –**

**3:09-CV-04797-SI**

Local Rule 7.12 hereby submit their Stipulation And [Proposed] Order For Continuance of the Case Management Conference (the "Stipulation").

In support of the Stipulation, the Parties state:

1. By Order dated April 23, 2010, the Initial Case Management Conference in this cause is currently set for Friday, July 9, 2010, at 2:30 p.m.

2. The deadline of June 29, 2010, to request that the Court reschedule the Initial Case Management Conference has not passed.

3. Defendant Trans Union became a party to this action when it was served with the Amended Complaint on or about May 11, 2010, and filed its Answer on May 28, 2010.

4. Trans Union has made a good faith effort to review the facts and allegations of the matters raised by Plaintiff's Amended Complaint; however, in order to participate meaningfully in the Conference required by Federal Rule of Civil Procedure 26(f) ("Rule 26(f)"), in drafting the Joint Case Management Statement as required by Local Rule 16-9(a) and in participating in the Initial Case Management Conference as well as any Court-ordered mediation of this case pursuant to ADR Local Rule 6, the Parties agree that an additional eight (8) weeks, or until September 3, 2010, is necessary for the Parties to prepare properly for the Rule 26(f) Conference, to discuss how to integrate Trans Union into the pending proceedings and to prepare for any Court-ordered mediation.

5. This Stipulation is not made for the purposes of delay and would not prejudice any party. This Stipulation does not prevent or stay discovery or motion practice.

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE –**

**3:09-CV-04797-SI**

1  SO STIPULATED by:

2

3  Date:  June 15, 2010                    s/Robert J. Schuckit
                                           Robert J. Schuckit, Esq.  (IN #15342-49)
4                                            *(admitted Pro Hac Vice)*
                                           Schuckit & Associates, P.C.
5                                          30th Floor, Market Tower
                                           10 West Market Street, Suite 3000
6                                          Indianapolis, IN  46204
                                           Telephone:  317-363-2400
7                                          Fax:  317-363-2257
                                           E-Mail:  rschuckit@schuckitlaw.com
8
                                           *Lead Counsel for Defendant Trans Union,*
9                                          *LLC*

10

11
   Date:  June 15, 2010                    s/Ethan Preston (with consent)
12                                         Ethan Preston, Esq.  (263295)
                                           Preston Law Offices
13                                         1658 North Milwaukee Avenue, No. 253
                                           Chicago, IL  60622
14                                         Telephone:  312-492-4070
                                           Fax:  312-262-1007
15                                         E-Mail:  ep@eplaw.us

16                                         *Lead Counsel for Plaintiff Johnny Wang, et*
                                           *al.*
17

18

19  Date:  June 15, 2010                   s/Tomio Buck Narita (with consent)
                                           Tomio Buck Narita, Esq.
20                                         Jeffrey A. Topor, Esq.
                                           Simmonds & Narita, LLP
21                                         44 Montgomery Street, Suite 3010
                                           San Francisco, CA  94104-4816
22                                         Telephone:  415-283-1000
                                           Fax:  415-352-2625
23                                         E-Mail:  tnarita@snllp.com
                                           E-Mail:  jtopor@snllp.com
24
                                           *Lead Counsel for Defendant Asset*
25                                         *Acceptance, LLC*

26

27

28
   **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE –**

   **3:09-CV-04797-SI**

| | |
|---|---|
| 1 | |
| 2 | **[PROPOSED] ORDER** |
| 3 | Pursuant to the Stipulation of the Parties and for good cause there appearing, IT IS |
| 4 | HEREBY ORDERED as follows: |
| 5 | 1.     The Initial Case Management Conference currently scheduled for Friday, July 9, |
| 6 | 2010, at 2:30 p.m., is hereby CONTINUED to Friday, September 3, 2010, at 2:30 p.m., to allow |
| 7 | the Parties sufficient time to prepare for said Conference and for all other matters preparatory to |
| 8 | same.  This Order does not prevent or stay discovery or motion practice. |
| 9 | 2.     The time within which mediation must take place is EXTENDED until November |
| 10 | 1, 2010. |
| 11 | |
| 12 | PURSUANT TO STIPULATION, |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: _____ |
| 15 | Hon. Susan Illston, Judge |
| 16 | U.S. District Court<br>Northern District of California |

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE –

3:09-CV-04797-SI