Harry Shulman (209908)
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
(415) 455-1326 (telephone)
(415) 455-1327 (facsimile)
harry@millslawfirm.com

Ethan Preston (263295)
PRESTON LAW OFFICES
1658 North Milwaukee Avenue, No. 253
Chicago, IL 60622
(312) 492-4070 (telephone)
(312) 262-1007 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-04797 SI<br><br>Judge Susan Illston<br><br>**NOTICE OF STIPULATED DISMISSAL OF PLAINTIFF'S THIRD CAUSE OF ACTION** |

**NOTICE OF STIPULATED DISMISSAL**

WHEREAS, Plaintiff alleges a cause of action under the California's Consumer Credit Reporting Agencies Act ("CCRAA") (Cal. Civ. Code §§ 1785.1-1785.36) in his First Amended Complaint;

WHEREAS, Defendant Asset Acceptance, LLC has moved to dismiss Plaintiff's CCRAA claim;

WHEREAS, Plaintiff is contemplating the retention of new counsel (Parisi & Havens, LLP) who have indicated they wish to delay further interpretation of the CCRAA by the Court to provide them with additional time to review this case, and the applicable law and evidence, and

to preserve Plaintiff's options with respect to litigating his CCRAA to the greatest extent possible;

WHEREAS, Asset has no objection;

WHEREAS, Federal Rule of Civil Procedure 15(a) is the appropriate mechanism where a party desires to eliminate one or more but less than all of several claims, without entirely dismissing any of the defendants, *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 688 (9th Cir. 2005), and Federal Rule 15(a)(2) permits a plaintiff to amend his pleadings "with the opposing party's written consent";

THEREFORE, these parties stipulate to amend Plaintiff's First Amended Complaint to dismiss, without prejudice, and withdraw the CCRAA claim pursuant Rule 15(a)(2).

Dated: June 11, 2010         By:    s/Ethan Preston
                                    Ethan Preston (263295)
                                    PRESTON LAW OFFICES
                                    1658 North Milwaukee Avenue, No. 253
                                    (312) 492-4070 (telephone)
                                    (312) 262-1007 (facsimile)
                                    ep@eplaw.us

                                    *Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated*

Dated: June 11, 2010         By:    s/Tomio B. Narita
                                    Tomio B. Narita (156576)
                                    Jeffrey A. Topor  (195545)
                                    SIMMONDS & NARITA LLP
                                    44 Montgomery Street, Suite 3010
                                    San Francisco, CA 94104-4816
                                    (415) 283-1000 (telephone)
                                    (415) 352-2625 (facsimile)
                                    tnarita@snllp.com
                                    jtopor@snllp.com

                                    *Attorneys for Asset Acceptance, LLC*