IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>ASSET ACCEPTANCE,<br><br>   Defendant.          / | No. C 09-04797 SI<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE A SUR-REPLY AND RESETTING HEARING** |

  Plaintiff's *ex parte* motion to file a sur-reply is GRANTED. Plaintiff shall have until Monday July 12, 2010 to file his sur-reply, which shall be limited to the issue of the alleged "continuing duty" under 15 U.S.C. section 1681s-2(b)(1)(E). The hearing on defendant's motion to partially dismiss the First Amended Complaint shall be reset to July 16, 2010.

  **IT IS SO ORDERED.**

Dated: July 6, 2010

                     SUSAN ILLSTON
                     United States District Judge