Robert J. Schuckit, Esq. (IN #15342-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
30th Floor, Market Tower
10 West Market Street, Suite 3000
Indianapolis, IN 46204
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Mark R. Feeser, Esq. (CSB # 252968)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbein@rbg-law.com
          mfeeser@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of others similarly situated,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br>　　　　Defendants. | CASE NO. 3:09-cv-04797-SI<br><br>**STIPULATION AND [PROPOSED] ORDER THAT DEFENDANT TRANS UNION, LLC BE DEEMED A PARTY TO THE EXISTING STIPULATED PROTECTIVE ORDER** |

Plaintiff Johnny Wang, an individual, on his own behalf and on behalf of all others similarly situated ("Plaintiff") and Defendants, Asset Acceptance, LLC ("Asset Acceptance") and Trans Union, LLC ("Trans Union") (collectively, the "Parties"), by counsel, pursuant to

**STIPULATION AND [PROPOSED] ORDER THAT TRANS UNION BE DEEMED A PARTY TO THE STIPULATED PROTECTIVE ORDER – 3:09-CV-04797-SI**

1  Local Rule 7.12 hereby submit their Stipulation And [Proposed] Order That Defendant Trans Union, LLC Be Deemed A Party To The Existing Stipulated Protective Order [Doc. No. 45] (the "Stipulation").

In support of the Stipulation, the Parties state:

1. On April 9, 2010, the Stipulated Protective Order [Doc. No. 45] was entered.

2. On April 29, 2010, Plaintiff filed his First Amended Class Action Complaint [Doc. No. 49] in which he added Trans Union as a defendant.

3. The Parties desire to add Trans Union as a "Party" to the Stipulated Protective Order, as that term is defined in the Order.

4. To that end, the Parties, by counsel, hereby stipulate that Trans Union is a "Party," as that term is defined by the Stipulated Protective Order, and all the terms of the Stipulated Protective Order shall apply to Trans Union as of the date of this Order.

**STIPULATION AND [PROPOSED] ORDER THAT TRANS UNION BE DEEMED A PARTY TO THE STIPULATED PROTECTIVE ORDER – 3:09-CV-04797-SI**

1  SO STIPULATED by:

2

3  Date:  July 20, 2010                    *s/Robert J. Schuckit*
       Robert J. Schuckit, Esq.  (IN #15342-49)
4          *(admitted Pro Hac Vice)*
       Schuckit & Associates, P.C.
5      30th Floor, Market Tower
       10 West Market Street, Suite 3000
6      Indianapolis, IN  46204
       Telephone:  317-363-2400
7      Fax:  317-363-2257
       E-Mail:  rschuckit@schuckitlaw.com
8
       *Lead Counsel for Defendant Trans Union,*
9      *LLC*

10

11

12  Date:  July 20, 2010                   *s/Ethan Preston (with permission)*
       Ethan Preston, Esq.  (263295)
       Preston Law Offices
13     1658 North Milwaukee Avenue, No. 253
       Chicago, IL  60622
14     Telephone:  312-492-4070
       Fax:  312-262-1007
15     E-Mail:  ep@eplaw.us

16     *Lead Counsel for Plaintiff Johnny Wang, et*
       *al.*
17

18

19  Date:  July 20, 2010                   *s/Tomio Buck Narita (with permission)*
       Tomio Buck Narita, Esq.
20     Jeffrey A. Topor, Esq.
       Simmonds & Narita, LLP
21     44 Montgomery Street, Suite 3010
       San Francisco, CA  94104-4816
22     Telephone:  415-283-1000
       Fax:  415-352-2625
23     E-Mail:  tnarita@snllp.com
       E-Mail:  jtopor@snllp.com
24
       *Lead Counsel for Defendant Asset*
25     *Acceptance, LLC*

26

27

28
**STIPULATION AND [PROPOSED] ORDER THAT TRANS UNION BE DEEMED A PARTY TO THE STIPULATED**

**PROTECTIVE ORDER – 3:09-CV-04797-SI**

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties and for good cause there appearing, IT IS HEREBY ORDERED as follows:

1. Defendant Trans Union, LLC is deemed a "Party," as that term is defined by the Stipulated Protective Order.

2. All the terms of the Stipulated Protective Order shall apply to Defendant Trans Union, LLC as of the date of this Order.

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: _____     _____
                                    Hon. Susan Illston, Judge
                                    U.S. District Court
                                    Northern District of California

STIPULATION AND [PROPOSED] ORDER THAT TRANS UNION BE DEEMED A PARTY TO THE STIPULATED PROTECTIVE ORDER – 3:09-CV-04797-SI