TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.:  C09-04797 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFF'S MOTION FOR RELIEF FROM THE FEBRUARY 2, 2010 ORDER DISMISSING PLAINTIFF'S CCRAA CLAIMS AND SETTING SPECIAL BRIEFING SCHEDULE**<br><br>The Honorable Susan Illston |

1    WHEREAS on August 13, 2010, plaintiff Johnny Wang ("Wang") filed his Motion for Relief from the February 2, 2010 Order Dismissing Plaintiff's CCRAA Claims (docket no. 81) (the "Motion"), and set the hearing for September 17, 2010;

    WHEREAS lead counsel for defendant Asset Acceptance, LLC ("Asset"), Tomio B. Narita, must defend his clients' depositions in a multi-party class action on September 17, 2009, and thus cannot attend the hearing on that date;

    WHEREAS the Motion appears to contain several new and complicated issues of law and the preparation of the response will likely require extensive research and drafting,

    WHEREAS Plaintiff has agreed to continue the hearing on the Motion,

    WHEREAS the parties agree, without waiving any other rights or objections that they may have, that Plaintiff may file a motion to compel discovery during the period of the continuance, and that the requested continuance shall not delay resolution of discovery matters,

    NOW THEREFORE Plaintiff and Asset hereby stipulate and request that the Court continue the Hearing on the Motion to November 4, 2010 at 9:00 a.m., or as soon thereafter as the Court may hear the matter.  The parties further agree to a special briefing schedule on the motion, whereby Asset will file its opposition on or before October 1, 2010, and Plaintiff will file his reply on or before October 22, 2010.

IT IS SO STIPULATED.

DATED: August 20, 2010            SIMMONDS & NARITA LLP
                                  TOMIO B. NARITA
                                  JEFFREY A. TOPOR

                                  By:  s/Tomio B. Narita
                                       Tomio B. Narita
                                       Attorneys for defendant
                                       Asset Acceptance, LLC

1  DATED: August 20, 2010            PRESTON LAW OFFICES
                                     ETHAN PRESTON
2

3                                    By:  s/Ethan Preston
                                          Ethan Preston
4                                         Attorneys for Plaintiff
                                          Johnny Wang
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**[PROPOSED] ORDER**

Pursuant to the stipulation and of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The hearing on Plaintiff's Motion for Relief from the February 2, 2010 Order Dismissing Plaintiff's CCRAA Claims (Docket no. 81) is continued to November 4, 2010 at 9:00 a.m.

2. Asset shall file any opposition on or before October 1, 2010, and Wang shall file his reply on or before October 22, 2010.

IT IS SO ORDERED.

DATED:_____    By:_____

  Hon. Susan Illston
  United States District Court Judge