1 | Harry Shulman (209908)
   | THE MILLS LAW FIRM
2 | 880 Las Gallinas Avenue, Suite 2
   | San Rafael, CA 94903
3 | (415) 455-1326 (telephone)
   | (415) 455-1327 (facsimile)
4 | harry@millslawfirm.com

5 | Ethan Preston (263295)
   | PRESTON LAW OFFICES
6 | 1658 North Milwaukee Avenue, No. 253
   | Chicago, IL 60622
7 | (312) 492-4070 (telephone)
   | (312) 262-1007 (facsimile)
8 | ep@eplaw.us

9 | *Attorneys for Plaintiff Johnny Wang, on his own
   | behalf and behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated, | No. 09-04797 SI |
|---|---|
| | Judge Susan Illston |
| Plaintiff, | **MOTION BY HARRY SHULMAN AND THE MILLS LAW FIRM TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOHNNY WANG** |
| v. | |
| ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive, | **[PROPOSED] ORDER** |
| | **Hon. Susan Illston** |
| Defendants. | |

Pursuant to LR 11.5, HARRY SHULMAN and THE MILLS LAW FIRM "(jointly, "Shulman"), hereby moves to withdraw as counsel for plaintiff Johnny Wang.  In support of this motion, Shulman states:

1.      There are now three law firms which are counsel of record in this case.  If the present motion to withdraw is granted, there will still be two able firms representing Mr. Wang.

2.      Mr. Wang freely and willingly consents to my withdrawal as his counsel, as does his primary counsel Ethan Preston.

3.     Mr. Wang will not be prejudiced in any way by my withdrawal, or by the withdrawal of the Mills Law Firm.

4.     Granting this motion will not cause any delay in the proceedings, as doing so will simply reflect the reality that I am no longer actively participating in the case.

Dated: August 23, 2010                              By: ___/s/ Harry Shulman_____
                                                    Harry Shulman (209908)
                                                    THE MILLS LAW FIRM
                                                    880 Las Gallinas Avenue, Suite 2
                                                    San Rafael, CA 94903
                                                    (415) 455-1326 (telephone)
                                                    (415) 455-1327 (facsimile)
                                                    harry@millslawfirm.com

## ORDER

This matter comes before the Court on the Motion and Declaration of Harry Shulman, and the Mills Law Firm, to withdraw as counsel for plaintiff Johnny Wang.  The court finds:  1) that Mr. Wang has consented to the withdrawal; 2) that Mr. Wang continues to be represented by counsel; and 3) that there will be no prejudice, or delay in proceedings, caused by the withdrawal.  Accordingly, the motion to withdraw is GRANTED.

Date: _____, 2010

_____
Hon. Susan Illston
United States District Judge

MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS JOHNNY WANG