Robert J. Schuckit, Esq.  (IN #15342-49)
   *(admitted Pro Hac Vice)*
William R. Brown (IN ##26782-48)
   *(admitted Pro Hac Vice)*
Karen Butler Reisinger (IN #21795-49)
   *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
         wbrown@schuckitlaw.com
         kreisinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbein@rbg-law.com
         scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of others similarly situated, <br>   Plaintiffs, <br><br> vs. <br><br> ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive, <br>   Defendants. | CASE NO. 3:09-cv-04797-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE MEDIATION, TO CONTINUE THE SETTLEMENT CONFERENCE, AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME – 3:09-CV-04797-SI**

1  WHEREAS during the Scheduling Conference held in this matter on September 3, 2010, the parties agreed to complete some form of mediation before December 30, 2010, and the Court set a further Case Management Conference for January 21, 2011 (see Docket No. 93);

WHEREAS the parties agreed to referral for a settlement conference before a magistrate judge, and the Court set a settlement conference for December 13, 2010 before Magistrate Judge Edward M. Chen (see Docket No. 97);

WHEREAS defendant Trans Union has a scheduling conflict on December 13, 2010, and Asset Acceptance has indicated that the December 13, 2010 date does not adequately accommodate the travel schedules of its representatives and the parties wish to accommodate both conflicts;

WHEREAS Judge Chen's secretary, Leni Doyle, has indicated that his Honor is available for a settlement conference on January 25, 2011; and

WHEREAS the parties have no scheduling conflicts for this date,

THEREFORE, IT IS HEREBY STIPULATED between the parties, through their counsel of record, to request that the Court extend the deadline to complete the mediation until February 1, 2011, to request that the Court set the settlement conference for January 25, 2011, and to request that the Court continue the Case Management Conference to a date after February 1, 2011, convenient to the Court, by which time the parties will have completed mediation.

SO STIPULATED by:

Date:   October 25, 2010                      s/Robert J. Schuckit
                                              Robert J. Schuckit, Esq.  (IN #15342-49)
                                                (admitted Pro Hac Vice)
                                              William R. Brown (IN #26782-48)
                                                (admitted Pro Hac Vice)
                                              Karen Butler Reisinger (IN #21795-49)
                                                (admitted Pro Hac Vice)
                                              Schuckit & Associates, P.C.
                                              4545 Northwestern Drive
                                              Zionsville, IN 46077
                                              Telephone:  317-363-2400
                                              Fax:  317-363-2257
                                              E-Mail:  rschuckit@schuckitlaw.com
                                                       wbrown@schuckitlaw.com
                                                       kreisinger@schuckitlaw.com

                                              *Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME – 3:09-CV-04797-SI**

Date: October 25, 2010

s/Ethan Preston (with consent)
Ethan Preston, Esq.
Preston Law Offices
1658 North Milwaukee Avenue, No. 253
Chicago, IL  60622
Telephone:  312-492-4070
Fax:  312-262-1007
E-Mail:  ep@eplaw.us

*Counsel for Plaintiff Johnny Wang, et al.*

Date: October 25, 2010

s/Tomio Buck Narita (with consent)
Tomio Buck Narita, Esq.
Jeffrey A. Topor, Esq.
Simmonds & Narita, LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104-4816
Telephone:  415-283-1000
Fax:  415-352-2625
E-Mail:  tnarita@snllp.com
E-Mail:  jtopor@snllp.com

*Lead Counsel for Defendant Asset Acceptance, LLC*

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties and for good cause there appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for the parties to conduct mediation is continued to February 1, 2011;

2. The settlement conference currently set before Magistrate Judge Chen on December 13, 2010 is continued to January 25, 2011 at 9:30 a.m.; and

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME – 3:09-CV-04797-SI**

3. The Case Management Conference currently set for January 21, 2011 is here by continued to ___Feb 11, 2011_____.

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: _____     _____/s/ Susan Illston_____
                                                    Hon. Susan Illston, Judge
                                                    U.S. District Court
                                                    Northern District of California

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME – 3:09-CV-04797-SI**