David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-04797 SI<br><br>Judge Susan Illston<br><br>Magistrate Judge Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiff Johnny Wang ("Wang") and Defendants Asset Acceptance, LLC ("Asset") and Trans Union, LLC ("Trans Union") hereby stipulate to continue the January 25, 2011 settlement conference and certain other case management-related deadlines pursuant to Local Rule 6-2:

WHEREAS,

1. At the September 3, 2010 scheduling conference, the parties stipulated to (1) a deadline for mediation; and (2) a date for a case management conference. (Dkt. #93.) The parties subsequently agreed to referral to Magistrate Judge Edward M. Chen for the purposes of a settlement conference. (Dkt. #97.)

2. Defendants had various scheduling conflicts with the date initially set for the settlement conference. In order to accommodate these conflicts, the parties stipulated to continue the settlement conference to January 25, 2011 (and to continue the mediation deadline and the case management conference until appropriate intervals after the settlement conference). (Dkt. #101.)

3. Based on discovery conducted and documents produced by Defendants, Plaintiff has recently come to a better understanding of the events underlying his claims. Based on his understanding of the Defendants' respective positions, Plaintiff asserts that a successful settlement conference will require some additional discovery that will enable the parties to effectively assess and evaluate Plaintiff's claims at the settlement conference. This discovery is primarily focused on certain interactions between Asset and Trans Union between May and October 2009, and how those interactions may be material to allocating liability on Plaintiff's claims as between the respective Defendants.

4. Plaintiff served written discovery on the Defendants on December 17, 2010. Plaintiff seeks to take one Rule 30(b)(6) deposition from each Defendant after receiving Defendants' responses to the written discovery. However, due to the scheduling constraints of counsel and their clients, the parties agree that they are unable to complete the depositions sought by Plaintiff prior to the January 25, 2011 settlement conference.

5. The parties have consulted with Judge Chen's clerk and have determined that the next available date on Judge Chen's calendar which will both accommodate the additional discovery described above and the parties' schedules is March 24, 2011.

THEREFORE, the parties stipulate and hereby request the Court order that:

1. The settlement conference currently set before Magistrate Judge Chen on January 25, 2011 is continued to March 24, 2011 at 9:30 a.m.;

2. The deadline for the parties to conduct mediation is continued to March 24, 2011.

3. The case management conference currently set for February 11, 2011 should be continued at the Court's convenience until __4/8/11__. The parties will discuss with the Court whether the other deadlines in the present case management order remain appropriate at the next case management conference.

Dated: January 21 , 2011         By:   s/David C. Parisi
                                       David C. Parisi (162248)
                                       Suzanne Havens Beckman (188814)
                                       PARISI & HAVENS LLP
                                       15233 Valleyheart Drive
                                       Sherman Oaks, California 91403
                                       (818) 990-1299 (telephone)
                                       (818) 501-7852 (facsimile)
                                       dcparisi@parisihavens.com
                                       shavens@parisihavens.com

                                       Ethan Preston (263295)
                                       PRESTON LAW OFFICES
                                       21001 North Tatum Blvd., Suite 1630-430
                                       Phoenix, Arizona 85050
                                       (480) 269-9540 (telephone)
                                       (866) 509-1197 (facsimile)
                                       ep@eplaw.us

                                       *Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated*

Dated: January 21, 2011          By:   s/William R. Brown
                                       Robert J. Schuckit (pro hac vice)
                                       William R. Brown (pro hac vice)
                                       Karen Butler Reisinger (pro hac vice)
                                       SCHUCKIT & ASSOCIATES, P.C.
                                       4545 Northwestern Drive
                                       Zionsville, Indiana 46077

Stipulated Request to Continue Settlement Conference     3                         No. 09-4797 SI
and Related Deadlines

```
                                                317-363-2400 (telephone)
                                                317-363-2257 (facsimile)
                                                rschuckit@schuckitlaw.com
                                                wbrown@schuckitlaw.com
                                                kreisinger@schuckitlaw.com

                                                Attorneys for Defendant Trans Union, LLC
```

Dated: January 21, 2011          By:    s/Jeffrey A. Topor
                                        Tomio B. Narita (156576)
                                        Jeffrey A. Topor (195545)
                                        SIMMONDS & NARITA LLP
                                        44 Montgomery Street, Suite 3010
                                        San Francisco, CA 94104-4816
                                        (415) 283-1000 (telephone)
                                        (415) 352-2625 (facsimile)
                                        tnarita@snllp.com
                                        jtopor@snllp.com

                                        *Attorneys for Defendant*
                                        *Asset Acceptance, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated: January 21, 2011          By:    _____
                                        The Honorable Susan Illston
                                        United States District Court
                                        For the Northern District of California