UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG,<br><br>          Plaintiff,<br><br>     v.<br><br>ASSET ACCEPTANCE, LLC, *et al.*,<br><br>          Defendants.<br>_____/ | No. C-09-4797 SI (EMC)<br><br>**ORDER RE INSURANCE CARRIER APPEARANCE AT SETTLEMENT CONFERENCE** |

By letter dated March 22, 2011, Defendant Trans Union informed this Court that its insurance carrier, Beazley Syndicate of Lloyd's of London, would not attend the Settlement Conference scheduled for March 24, 2011.

Upon review and consideration, the Court orders Trans Union's insurance carrier to personally appear at the Settlement Conference scheduled for March 24, 2011.  The insurance carrier representative must appear with full settlement authority, or risk contempt and/or sanctions.

IT IS SO ORDERED.

Dated: March 22, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge