TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated, | CASE NO.: C09-04797 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN PRETRIAL DEADLINES** |
| vs. | |
| ASSET ACCEPTANCE, LLC, a Delaware limited liability company, and DOES 1-100, inclusive, | |
| Defendants. | |

1  WHEREAS the parties participated in a judicial settlement conference in this
2  matter with Magistrate Judge Edward M. Chen on March 24, 2011, and
3  WHEREAS the parties are continuing their efforts to settle the matter, and
4  Judge Chen has directed all parties to return for a further judicial settlement
5  conference on April 28, 2011, and
6  WHEREAS the Court currently has a Case Management Conference set in
7  this action on April 8, 2011, and
8  WHEREAS under the current Scheduling Order, the plaintiff must file his
9  motion for class certification on or before April 18, 2011, and
10  WHEREAS the parties desire to continue to focus their efforts on exploring
11  a potential settlement of this matter, and the settlement process can be facilitated if
12  the date for the Case Management Conference, and the deadlines relating to the
13  motion for class certification are vacated,
14  THEREFORE, the parties hereby stipulate and jointly request the Court to
15  issue an order 1) vacating the Case Management Conference and vacating the
16  briefing schedule relating to the motion for class certification, 2) resetting the
17  deadline to file the motion for class certification to June 20, 2011, and 3) resetting
18  the date for the Case Management Conference to a date in July 2011 or later that is
19  convenient for the Court.

Dated: March 29, 2011          PRESTON LAW OFFICES
                               ETHAN PRESTON


                               By:  s/Ethan Preston
                                    Ethan Preston
                                    Attorneys for plaintiff
                                    Johnny Wang

---

WANG V. ASSET ACCEPTANCE, LLC (CASE NO. C09-04797 SI)
STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN PRETRIAL DEADLINES          1

| | | |
|---|---|---|
| 1 | Dated: March 29, 2011 | SCHUCKIT & ASSOCIATES, P.C.<br>KAREN B. REISINGER |
| 2 | | |
| 3 | | |
| 4 | | By:   s/Robert J. Schuckit<br>        Robert J. Schuckit<br>        Attorneys for defendant |
| 5 | | Trans Union, LLC |
| 6 | Dated: March 29, 2011 | SIMMONDS & NARITA LLP |
| 7 | | TOMIO B. NARITA |
| 9 | | By:   s/Tomio B. Narita<br>        Tomio B. Narita<br>        Attorneys for defendant |
| 10 | | Asset Acceptance, LLC |

## [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, it is hereby ORDERED as follows:

1. The Case Management Conference in this matter set for April 8, 2011 is hereby VACATED.

2. The briefing schedule relating to the motion for class certification is hereby VACATED.  Plaintiff must file his motion & notice for class certification on or before June 20, 2011, ~~and the Court will establish a hearing date and briefing schedule for the motion at that time.~~

3. The Case Management Conference for this case will proceed on ___7/29/11_____.
   @ 3 p.m.

DATED: _____

By: _____

Hon. Susan Illston
United States District Judge