Robert J. Schuckit, Esq.  (IN #15342-49)
  *(admitted Pro Hac Vice)*
William R. Brown (IN ##26782-48)
  *(admitted Pro Hac Vice)*
Karen Butler Reisinger (IN #21795-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  rschuckit@schuckitlaw.com
         wbrown@schuckitlaw.com
         kreisinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbein@rbg-law.com
         scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of others similarly situated,<br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br>　　　　　Defendants. | CASE NO. 3:09-cv-04797-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO COURT'S DIRECTIVE TO DISCLOSE CREDIT INFORMATION OF PLAINTIFF AND OTHER CONSUMERS WHO MAY FALL WITHIN A POTENTIAL SETTLEMENT CLASS PROPOSED BY PLAINTIFF** |

　　　　WHEREAS Plaintiff Johnny Wang ("Plaintiff") alleges claims under the Fair Credit Reporting Act (the "FCRA") against Defendants Asset Acceptance, LLC ("Asset") and Trans

**STIPULATION AND [PROPOSED] ORDER TO DISCLOSE CREDIT INFORMATION – 3:09-CV-04797-SI**

1  Union, LLC ("Trans Union") (all parties, collectively, the "Parties") and Plaintiff alleges claims
2  under the Fair Debt Collection Practices Act (the "FDCPA") against Asset on behalf of himself
3  and others similarly situated;

4       WHEREAS the parties engaged in settlement discussions facilitated by Magistrate Judge
5  Chen on March 24, 2011 and April 28, 2011, including discussions regarding possible
6  settlement of the claims asserted;

7       WHEREAS during the Continued Settlement Conference on April 28, 2011, Magistrate
8  Judge Chen directed Trans Union to disclose to Asset certain credit information in the
9  possession of Trans Union related to Plaintiff and other consumers who may fall within a
10 possible settlement class proposed by Plaintiff;

11      WHEREAS Plaintiff will ultimately need to be able to review such credit information in
12 order, e.g., to confirm that the class certified for any such settlement is properly defined, and
13 further that any release in such settlement is properly limited;

14      WHEREAS the Court is authorized under 15 U.S.C. § 1681b(a)(1) to grant leave to
15 Trans Union to produce the subject credit information to Asset and Plaintiff confidentially for
16 purposes of settlement discussions;

17      WHEREAS the credit information sought to be disclosed is necessary to complete
18 analysis of the Parties' positions as expressed during the ongoing settlement discussions;

19      WHEREAS the Parties' request is narrowly tailored to protect to the greatest extent
20 possible the privacy interests of Plaintiff and other consumers who may fall within a possible
21 settlement class proposed by Plaintiff;

22      WHEREAS pursuant to the Protective Order entered in this action (<u>see</u> Doc. No. 45), the
23 credit information shall be designated as "Highly Confidential – Attorneys' Eyes Only" (<u>see</u>
24 Protective Order, Paragraph 2.4) (except that information also may be disclosed to such internal
25 personnel of Asset as is necessary for analysis to be performed, so long as they are working at
26 the direction and under the supervision of counsel) and all copies of said information destroyed
27 or returned to Trans Union within 60 days of termination of this action (<u>see</u> Protective Order,
28 Paragraph 11); and

**STIPULATION AND [PROPOSED] ORDER TO DISCLOSE CREDIT INFORMATION – 3:09-CV-04797-SI**

WHEREAS production of the credit information under these conditions ensures a proper balance between protecting the privacy interests of Plaintiff and other consumers who may fall within a possible settlement class proposed by Plaintiff and making available information necessary to a possible resolution of the proposed class claims against Asset and Trans Union in this action, and to the potential allocation of responsibility as between Asset and Trans Union with respect to Plaintiff's FCRA claims;

WHEREAS, neither this stipulation nor the production of credit information by Trans Union shall be deemed an admission or concession that such information is discoverable or relevant to any issue in the action, or that any element of class certification can be established;

THEREFORE, IT IS HEREBY STIPULATED between the Parties, through their counsel of record, that the Court order Trans Union to disclose to Asset and to Plaintiff such credit information as may be necessary to complete and to diligently review the analysis described herein, and on the terms and conditions described herein.

**STIPULATION AND [PROPOSED] ORDER TO DISCLOSE CREDIT INFORMATION – 3:09-CV-04797-SI**

|   |   |   |
|---|---|---|
| 1 | | SO STIPULATED by: |
| 2 | Date:  May 11, 2011 | s/ Karen Butler Reisinger |
| 3 | | Robert J. Schuckit, Esq.  (IN #15342-49) |
|   | |   (admitted Pro Hac Vice) |
| 4 | | William R. Brown (IN #26782-48) |
|   | |   (admitted Pro Hac Vice) |
| 5 | | Karen Butler Reisinger (IN #21795-49) |
|   | |   (admitted Pro Hac Vice) |
| 6 | | Schuckit & Associates, P.C. |
| 7 | | 4545 Northwestern Drive |
|   | | Zionsville, IN 46077 |
| 8 | | Telephone:  317-363-2400 |
|   | | Fax:  317-363-2257 |
| 9 | | E-Mail:  rschuckit@schuckitlaw.com |
| 10 | |             wbrown@schuckitlaw.com |
|   | |             kreisinger@schuckitlaw.com |
| 11 | | |
| 12 | | *Lead Counsel for Defendant Trans Union, LLC* |
| 13 | | |
| 14 | Date:  May 11, 2011 | s/ Ethan Preston (with consent) |
|   | | Ethan Preston, Esq. |
| 15 | | Preston Law Offices |
|   | | 21001 North Tatum Boulevard |
| 16 | | Suite 1630-430 |
|   | | Phoenix, AZ  85050 |
| 17 | | Telephone:  480-269-9540 |
|   | | Fax:  866-509-1197 |
| 18 | | E-Mail:  ep@eplaw.us |
| 19 | | |
| 20 | | *Counsel for Plaintiff Johnny Wang, et al.* |
| 21 | Date:  May 11, 2011 | s/ Tomio Buck Narita (with consent) |
|   | | Tomio Buck Narita, Esq. |
| 22 | | Jeffrey A. Topor, Esq. |
| 23 | | Simmonds & Narita, LLP |
|   | | 44 Montgomery Street, Suite 3010 |
| 24 | | San Francisco, CA  94104-4816 |
|   | | Telephone:  415-283-1000 |
| 25 | | Fax:  415-352-2625 |
|   | | E-Mail:  tnarita@snllp.com |
| 26 | | E-Mail:  jtopor@snllp.com |
| 27 | | |
| 28 | | *Lead Counsel for Defendant Asset Acceptance, LLC* |

**STIPULATION AND [PROPOSED] ORDER TO DISCLOSE CREDIT INFORMATION – 3:09-CV-04797-SI**

1
2

**[PROPOSED] ORDER**

3   PURSUANT TO STIPULATION,
4   IT IS SO ORDERED.
5
6   Dated: _____5/12/11_____        __*[signature: Susan Illston]*_____
7                                                Hon. Susan Illston, Judge
                                                 U.S. District Court
8                                                Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER TO DISCLOSE CREDIT INFORMATION – 3:09-CV-04797-SI**