Robert J. Schuckit, Esq. (IN #15342-49)
  *(admitted Pro Hac Vice)*
William R. Brown (IN ##26782-48)
  *(admitted Pro Hac Vice)*
Karen Butler Reisinger (IN #21795-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: rschuckit@schuckitlaw.com
        wbrown@schuckitlaw.com
        kreisinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbein@rbg-law.com
        scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of others similarly situated,<br>  Plaintiffs,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br>  Defendants. | CASE NO. 3:09-cv-04797-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, CONTINUE HEARING ON CLASS CERTIFICATION AND CONTINUE CASE MANAGEMENT CONFERENCE TO ENABLE PARTIES TO PURSUE PRIVATE MEDIATION** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO PURSUE MEDIATION** – 3:09-CV-04797-SI

1     WHEREAS on June 20, 2011, Plaintiff Johnny Wang ("Plaintiff") filed a Motion For Class Certification And Motion To Extend Deadline For Class Certification (the "Motion");

    WHEREAS the Court has set the Motion for hearing on August 5, 2011, at 9:00 a.m. [see Doc. No. 121];

    WHEREAS pursuant to Local Rule 7-3(a), the deadline for Defendants' memorandums in opposition ("Defendants' Oppositions") to the Motion is July 5, 2011;

    WHEREAS Plaintiff and Defendants Asset Acceptance ("Asset") and Trans Union, LLC ("Trans Union") (collectively, "Defendants") have agreed to, scheduled and confirmed a private mediation on **July 19, 2011** with JAMS Neutral Mediator, Hon. Edward A. Infante (Retired);

    WHEREAS a Case Management Conference is scheduled for July 29, 2011 [see Doc. No. 109];

    WHEREAS the parties have agreed that extension of the deadline for Defendants' Oppositions until after private mediation may facilitate the success of the mediation;

    WHEREAS the extension of such deadline for Defendants' Oppositions would necessitate a continuance of the Hearing on the Motion; and

    WHEREAS the parties have agreed that continuance of the further Case Management Conference scheduled for July 29, 2011, would facilitate resolution of this matter;

    THEREFORE, IT IS HEREBY STIPULATED between the parties, through their counsel of record, to request that the Court set the following deadlines:

    1.    Defendants' Oppositions to the Motion shall be filed on or before August 15, 2011;

    2.    Plaintiff's Reply to the Motion shall be filed on or before August 31, 2011;

    3.    The Hearing on the Motion shall be continued to a date in mid-September convenient to the Court;

    4.    The further Case Management Conference currently set for July 29, 2011, shall be continued to a date after October 3, 2011, convenient to the Court; and

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO PURSUE MEDIATION – 3:09-CV-04797-SI**

1    5.    That the Court vacate the remaining Case Management Order deadlines [see
2  Doc. No. 93] until the further Case Management Conference.
3        SO STIPULATED by:

4  Date: July 5, 2011                    *s/ Karen Butler Reisinger*
                                         Robert J. Schuckit, Esq.  (IN #15342-49)
5                                           *(admitted Pro Hac Vice)*
                                         William R. Brown (IN #26782-48)
6                                           *(admitted Pro Hac Vice)*
                                         Karen Butler Reisinger (IN #21795-49)
7                                           *(admitted Pro Hac Vice)*
                                         Schuckit & Associates, P.C.
8                                        4545 Northwestern Drive
                                         Zionsville, IN 46077
9                                        Telephone:  317-363-2400
                                         Fax:  317-363-2257
10                                       E-Mail:  rschuckit@schuckitlaw.com
                                                  wbrown@schuckitlaw.com
11                                                kreisinger@schuckitlaw.com

12                                       *Lead Counsel for Defendant Trans Union,
                                         LLC*
13

14
   Date: July 5, 2011                    *s/ Ethan Preston (with consent)*
15                                       Ethan Preston, Esq.
                                         Preston Law Offices
16                                       21001 North Tatum Boulevard
                                         Suite 1630-430
17                                       Phoenix, AZ  85050
                                         Telephone:  480-269-9540
18                                       Fax:  866-509-1197
                                         E-Mail:  ep@eplaw.us
19
                                         *Counsel for Plaintiff Johnny Wang, et al.*
20

21
   Date: July 5, 2011                    *s/ Tomio Buck Narita (with consent)*
22                                       Tomio Buck Narita, Esq.
                                         Jeffrey A. Topor, Esq.
23                                       Simmonds & Narita, LLP
                                         44 Montgomery Street, Suite 3010
24                                       San Francisco, CA  94104-4816
                                         Telephone:  415-283-1000
25                                       Fax:  415-352-2625
                                         E-Mail:  tnarita@snllp.com
26                                       E-Mail:  jtopor@snllp.com

27                                       *Lead Counsel for Defendant Asset
                                         Acceptance, LLC*
28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO PURSUE MEDIATION
– 3:09-CV-04797-SI**

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION of the Parties and for good cause there appearing: |
| 3 | The Hearing on Plaintiff's Motion For Class Certification And Motion To Extend |
| 4 | Deadline For Class Certification is hereby continued to ___September 16, 2011_____. |
| 5 | All remaining Case Management Deadlines, except those set forth herein, are hereby |
| 6 | VACATED. |
| 7 | The Case Management Conference currently set for July 29, 2011 is hereby continued to |
| 8 | _____October 7, 2011 @ 3:00 p.m._____, and at which time the Parties shall appear by |
| 9 | counsel to set all remaining deadlines. |
| 10 |   |
| 11 | IT IS SO ORDERED. |
| 12 |   |
| 13 | Dated: ___7/6/11_____    _____ |
| 14 | Hon. Susan Illston, Judge |
| 15 | U.S. District Court / Northern District of California |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO PURSUE MEDIATION – 3:09-CV-04797-SI**