1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   Asset Acceptance, LLC
7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  JOHNNY WANG, an individual, on      )  CASE NO.: C09-04797 SI
    his own behalf and on behalf of all )
13  others similarly situated,          )
                                        )  **STIPULATION AND [PROPOSED]**
14              Plaintiff,              )  **ORDER TO EXTEND TIME TO**
                                        )  **RESPOND TO PLAINTIFF'S**
15              vs.                     )  **JULY 15, 2011 MOTION TO**
                                        )  **COMPEL (DOC. NO. 126)**
16  ASSET ACCEPTANCE, LLC, and          )
    TRANS UNION, LLC, Delaware          )
17  limited liability companies, and DOES )
    1-100, inclusive,                   )
18                                      )
                Defendants.             )
19  _____     )

20

21

22

23

24

25

26

27

28

1  WHEREAS on July 14, 2011, Plaintiff filed his Motion to Compel defendant Asset Acceptance, LLC ("Asset") to produce certain documents relating to a Federal Trade Commission investigation (Docket No. 126) ("the FTC motion");

4  WHEREAS on July 15, 2011, Plaintiff filed his Motion to Compel defendant Asset Acceptance, LLC to produce certain documents relating to him, his debt, and information that Asset furnished to credit reporting agencies (Docket No. 127) ("the Credit Reporting motion");

8  WHEREAS Asset's response to Plaintiff's FTC motion is due on July 21, 2011, and its response to Plaintiff's Credit Reporting motion is due on July 22, 2011, pursuant to the Court's Standing Order;

11  WHEREAS Asset's counsel were attending and presenting at a professional conference in Dallas, Texas from July 13, 2011 through July 15, 2011, when Plaintiff filed his motions;

14  WHEREAS Asset's counsel were preparing on July 18, 2011 for a mediation on July 19, 2011 before the Honorable Edward Infante (Ret.), and Asset's lead counsel attended the mediation on July 19, 2011;

17  WHEREAS Asset requires a brief extension of time to prepare and file its opposition to Plaintiff's FTC motion (Docket No. 126); and,

19  WHEREAS this stipulation shall not be, or be deemed to be, a waiver of any argument or position regarding the substantive merits of the FTC motion or Plaintiff's view of the urgency of the Credit Reporting motion;

22  THEREFORE, IT IS HEREBY STIPULATED between Plaintiff and Asset, through their counsel of record, to request that the Court extend the deadline for Asset to file its opposition to Plaintiff's FTC motion (Docket No. 126) until July 26, 2011.

26  SO STIPULATED.

27  //

28  //

| | | |
|---|---|---|
| 1 | Dated: July 21, 2011 | PRESTON LAW OFFICES |
| 2 | | ETHAN PRESTON |

By:  s/Ethan Preston
Ethan Preston
Attorneys for plaintiff
Johnny Wang

Dated: July 21, 2011          SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:  s/Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for defendant
Asset Acceptance, LLC

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

The deadline for defendant Asset Acceptance, LLC to file its opposition to Plaintiff's Motion to Compel (Docket No. 126) is continued to July 26, 2011.

DATED:  7/21/11

By:  _____
Hon. Susan Illston
United States District Judge