David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Azita Moradmand (SBN 260271)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (SBN 263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated,*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br><br>Defendants. | No. 3:09-CV-4797-SI<br><br>The Honorable Susan Illston<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING OUTSTANDING DEADLINES** |

Plaintiff Johnny Wang ("Wang") and Defendants Asset Acceptance, LLC ("Asset") and Trans Union, LLC ("Trans Union") hereby stipulate to vacate the outstanding deadlines and hearing dates in this matter and to schedule a hearing on Plaintiff's impending Motion for Preliminary Approval:

WHEREAS, there are outstanding dates and deadlines in this matter as follows:

1. Hearings on Motion for Class Certification and Motion to Extend Deadline for Class Certification: September 16, 2011, 9:00 a.m.
2. Deadline to File Motion for Summary Judgment: September 23, 2011
3. Further Case Management Conference: October 7, 2011, 3:00 p.m.
4. Pre-Trial Conference: February 14, 2012, 3:30 p.m.
5. Jury Trial: February 27, 2012, 8:30 a.m.

WHEREAS, the Parties seek preliminary approval of a class action settlement;

WHEREAS, the Parties stipulate that the Court does not need to rule on the pending letter briefs regarding motions to compel, which are Docket Nos. 125, 126 and 127;

WHEREAS, the Parties stipulate that no hearing is necessary on the pending Motion for Class Certification and Motion to Extend Deadline for Class Certification;

WHEREAS, Plaintiff intends to file a Motion for Preliminary Approval of Class Settlement and schedule a hearing date for same in the coming weeks;

THEREFORE, the parties stipulate and hereby request the Court order that:

1. The following dates and deadlines in this matter are vacated:
   a. Hearing on Motion for Class Certification and Motion to Extend Deadline for Class Certification: September 16, 2011, 9:00 a.m.
   b. Deadline to File Motion for Summary Judgment: September 23, 2011
   c. Further Case Management Conference: October 7, 2011, 3:00 p.m.
   d. Pre-Trial Conference: February 14, 2012, 3:30 p.m.
   e. Jury Trial: February 27, 2012, 8:30 a.m.
2. The Court will not rule on the pending letter briefs regarding discovery.

Dated: August 31, 2011          By:     s/David C. Parisi
                                        David C. Parisi (162248)
                                        Suzanne Havens Beckman (188814)
                                        Azita Moradmand (260271)
                                        PARISI & HAVENS LLP
                                        15233 Valleyheart Drive
                                        Sherman Oaks, California 91403
                                        (818) 990-1299 (telephone)
                                        (818) 501-7852 (facsimile)
                                        dcparisi@parisihavens.com
                                        shavens@parisihavens.com
                                        amoradmand@parisihavens.com

                                        Ethan Preston (263295)
                                        PRESTON LAW OFFICES
                                        21001 North Tatum Blvd., Suite 1630-430
                                        Phoenix, Arizona 85050
                                        (480) 269-9540 (telephone)
                                        (866) 509-1197 (facsimile)
                                        ep@eplaw.us

                                        *Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated*

Dated: August 31, 2011          By:     s/Stephen J. Newman
                                        Stephen J. Newman
                                        STROOCK & STROOCK & LEVAN LLP
                                        2029 Century Park East
                                        Los Angeles, California   90067
                                        (310) 556-5800 (telephone)
                                        (310) 556-5969 (facsimile)
                                        snowman@stroock.com

                                        Robert J. Schuckit (pro hac vice)
                                        William R. Brown (pro hac vice)
                                        Karen Butler Reisinger (pro hac vice)
                                        SCHUCKIT & ASSOCIATES, P.C.
                                        4545 Northwestern Drive
                                        Zionsville, Indiana 46077
                                        317-363-2400 (telephone)
                                        317-363-2257 (facsimile)
                                        rschuckit@schuckitlaw.com
                                        wbrown@schuckitlaw.com
                                        kreisinger@schuckitlaw.com

                                        *Attorneys for Defendant Trans Union, LLC*

| | |
|---|---|
| Dated: August 31, 2011 | By:    s/Tomio B. Narita<br>Tomio B. Narita (156576)<br>Jeffrey A. Topor (195545)<br>SIMMONDS & NARITA LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, CA 94104-4816<br>(415) 283-1000 (telephone)<br>(415) 352-2625 (facsimile)<br>tnarita@snllp.com<br>jtopor@snllp.com<br><br>*Attorneys for Defendant*<br>*Asset Acceptance, LLC* |

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties and GOOD CAUSE APPEARING thereof, it is hereby ordered that:

    3.    The following dates and deadlines in this matter are vacated:

        a.  Hearing on Motion for Class Certification and Motion to Extend Deadline for Class Certification: September 16, 2011, 9:00 a.m.

        b.  Deadline to File Motion for Summary Judgment: September 23, 2011

        c.  Further Case Management Conference: October 7, 2011, 3:00 p.m.

        d.  Pre-Trial Conference: February 14, 2012, 3:30 p.m.

        e.  Jury Trial: February 27, 2012, 8:30 a.m.

    4.    The Court will not rule on the pending letter briefs regarding discovery. All pending motions are deemed withdrawn

Dated: September __1__, 2011        By: _____
                                                        The Honorable Susan Illston
                                                        United States District Court
                                                        For the Northern District of California