David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Azita Moradmand (SBN 260271)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com
amoradmand@parisihavens.com

Ethan Preston (SBN 263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own*
*behalf and behalf of all others similarly situated,*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY WANG, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC, and TRANS UNION, LLC, Delaware limited liability companies, and DOES 1-100, inclusive,<br><br>Defendants. | No. 09-04797 SI<br><br>Judge Susan Illston<br><br>Magistrate Judge Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Johnny Wang ("Wang") and Defendants Asset Acceptance, LLC ("Asset") and Trans Union, LLC ("Trans Union") hereby stipulate to set a hearing date on Plaintiff's Motion for Preliminary Approval of Class Action Settlement:

WHEREAS,

1.    Plaintiff intends to file a Motion for Preliminary Approval of Class Action Settlement;

2.    The parties agree that the notice period of filing a motion 35 days before a hearing date, set forth in Local Rule 7-2, is not necessary as no opposition will be filed;

3.    Plaintiff has consulted with Judge Illston's clerk and has determined that the next available date on Judge Illston's calendar is November 16, 2011, at 2 p.m.

THEREFORE, the parties stipulate and hereby request the Court order that:

1.    Plaintiff is not required to give a 35-day notice of her impending Motion for Preliminary Approval;

2.    Plaintiff's Motion for Preliminary Approval of Class Action Settlement will be heard on November 16, 2011, at 2 p.m.;

3.    Plaintiff will file her Motion for Preliminary Approval of Class Action Settlement on November 3, 2011.


Dated:  November 2, 2011          By:    s/ David C. Parisi
                                         David C. Parisi
                                         Suzanne Havens Beckman
                                         Azita Moradmand
                                         PARISI & HAVENS LLP
                                         15233 Valleyheart Drive
                                         Sherman Oaks, California 91403
                                         (818) 990-1299 (telephone)
                                         (818) 501-7852 (facsimile)
                                         dcparisi@parisihavens.com
                                         shavens@parisihavens.com
                                         amoradmand@parisihavens.com

                                         Ethan Preston (263295)
                                         PRESTON LAW OFFICES
                                         21001 North Tatum Blvd., Suite 1630-430
                                         Phoenix, Arizona 85050
                                         (480) 269-9540 (telephone)

(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Johnny Wang, on his own behalf and behalf of all others similarly situated*

Dated: November 2, 2011          By: ___s/ Stephen J. Newman_____
                                       Stephen J. Newman
                                       Brian Frontino
                                       STROOK & STROOK & LAVAN
                                       2029 Century Park East
                                       Los Angeles, California 90067
                                       310-556-5982 (telephone)
                                       317-407-6482 (facsimile)
                                       snewman@strook.com
                                       bfrontino@stroock.com

                                       *Attorneys for Defendant Trans Union, LLC*

Dated: November 2, 2011          By: ___s/ Tomio Narita_____
                                       Tomio B. Narita
                                       Jeffrey A. Topor
                                       SIMMONDS & NARITA LLP
                                       44 Montgomery Street, Suite 3010
                                       San Francisco, California 94104
                                       (415) 283-1000 (telephone)
                                       (415) 352-2625 (facsimile)
                                       tnarita@snllp.com
                                       jtopor@snllp.com

                                       *Attorneys for Defendant Asset Acceptance, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November _3_ 2011          By: _____
                                       The Honorable Susan Illston
                                       United States District Court
                                       For the Northern District of California

---

Stipulation Regarding Motion for Preliminary Approval   3                    No. 09-4797 SI