Att: the United States District Court
for the Northern District of California
I, Drusilla Pruitt, I do not care to
participate. My you Please take me
off of this case my case num 09-04797
SI
Thank you

FILED
FEB 13 2012