UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY WANG,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE LLC, *et al*.,<br><br>    Defendants. | Case No. 09-cv-04797-SI<br><br>**ORDER REGARDING DOCUMENTS MAILED BY RALEIGH ANDERSON** |

This case was closed on April 16, 2012. Since that date, Mr. Raleigh Anderson has mailed to this Court various documents that do not appear to be connected to this case (as well as copies of pleadings in this case), and the court has returned those documents to him. On August 23, 2017, the Court received additional, similar documents from Mr. Anderson. The Clerk is directed to return these materials to Mr. Anderson. The Court hereby informs Mr. Anderson that this case is closed, and Mr. Anderson is directed to refrain from mailing documents to the Court.

**IT IS SO ORDERED**.

Dated: August 31, 2017

    SUSAN ILLSTON
    United States District Judge